

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **February 6, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court